# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO VILLAREAL,<br><br>Defendant. | CASE NO.:  22CR00941-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Defendant's Motion Hearing/ Trial Setting from May 27, 2022 to June 24, 2022 at 1:30 p.m. **is granted**. Time is to be excluded under sections 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  May 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge